**Stanley Lorenzo WILLIAMS, Petitioner–Appellant,**

v.

**Dean WALKER, Respondent–Appellee.**

No. 01–6365.

United States Court of Appeals, Fourth Circuit.

Submitted June 29, 2001.

Decided July 10, 2001.

Stanley Lorenzo Williams, pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Stanley Lorenzo Williams seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny Williams' motion for a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. *See Williams v. Walker,* No. CA–00–326–1 (M.D.N.C. Feb. 16, 2001). We deny Williams' request to stay this appeal pending exhaustion of his state remedies. *See*

* The parties consented to jurisdiction of the magistrate judge. *See* 28 U.S.C.A. § 636(c)

28 U.S.C.A. § 2254(b)(2). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*